NATHAN A. WEISS, as Receiver, Respondent, *v.* LIBERTY
BANK OF BUFFALO, Appellant.

(Argued April 24, 1934; decided May 22, 1934.)

*Selby G. Smith* for appellant.

*A. Gerald Weinberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.